The New York Trust Company, Respondent, v. 332 East One Hundred and Forty-ninth Street Holding Corporation, Appellant, Impleaded with Others. — Order so far as it denies defendant-appellant's cross-motion to bring in tenants and lessees as necessary parties defendants unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

William E. Bullock, Respondent, v. Keller Mechanical Engineering Corporation, Appellant.— Order so far as appealed from granting plaintiff's motion for examination of defendant before trial as to certain items, and directing the production of books and records, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

Esther Jacobowitz, as Administratrix, etc., of Arthur Jacobowitz, Deceased, Appellant, v. Fennell's Furniture, Inc., Defendant. Harry Miller and Another, Respondents.— Order, so far as appealed from, fixing the amount of lien of respondents Weiss, reversed, with twenty dollars costs and disbursements, and the report of the official referee that respondents are not entitled to any lien confirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of Sidney R. Brown, Appellant, for an Order of Mandamus against John H. Delaney, Chairman, and Others, Members of and Constituting the Board of Transportation of the City of New York, and Another, Respondents.— Order denying petitioner's motion for a peremptory order of mandamus, directing defendants to pay petitioner salary for the period from the date of his suspension until the date of the suspension of a junior employee, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

Louis Fischer and Others, Appellants, v. William Gorham Rice, President, and Others, Constituting the New York State Civil Service Commission and Others, Respondents.— Order denying plaintiff's motion for a temporary injunction restraining State Civil Service Commission and New York City Alcoholic Beverage Control Board from removing plaintiffs as executive officers of said board, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of The People of the State of New York, by Francis R. Stoddard, Jr., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the National Automobile Mutual Casualty Company. In the Matter of the Application of Francis E. Cocks, Appellant, for Permission to Sue Hon. George S. Van Schaick, Superintendent of Insurance, Individually, etc., Respondent; Transatlantic Shipping Co., Inc., and Certain Policyholders, Respondents. — Order so far as appealed from denying petitioner's motion for leave to sue the Superintendent of Insurance of the State of New York, and for other relief, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.